# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| v. | : | |
| HAROLD MORTON | : | NO. 01-320 |

## ORDER

**AND NOW**, this 24th day of April, 2012, upon consideration of the Motion for Resentencing (Document No. 65) and the government's response, it is **ORDERED** that the motion is **DENIED**.

         /s/ Timothy J. Savage
         TIMOTHY J. SAVAGE, J.